PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TINA LOUISE COOK, ) | |
| ) | CASE NO. 1:13CV01621 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | **JUDGMENT ENTRY** |

In accordance with the contemporaneously filed order, the Court adopts the Report and Recommendation of the magistrate judge and affirms the final decision of the Commissioner.

IT IS SO ORDERED.

June 27, 2014 */s/ Benita Y. Pearson*
Date Benita Y. Pearson
United States District Judge